### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **DOCKET NO. 3:26-cr-109-MOC** |
| v. | **BILL OF INDICTMENT** |
| | Violation:<br>18 U.S.C. 922(g)(1) |
| **KYREE CATHEY-HINES** | |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Felon)*

From on or about October 23, 2025 through October 28, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### KYREE CATHEY-HINES,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a HS Produkt, Model XD9, 9mm caliber firearm, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violation set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the HS Produkt, Model XD9, 9mm caliber firearm is subject to forfeiture on one or more of the grounds stated above.

A TRUE BILL



_____
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
TIMOTHY SIELAFF
ASSISTANT UNITED STATES ATTORNEY