Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET     U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**     ◯YES     ⦿NO     **DOCKET NUMBER:**  3:26-CR-109-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME**     :**US** vs KYREE CATHEY-HINES

**COUNTY OF OFFENSE**     :     MECKLENBURG

**RELATED CASE INFORMATION**     :     3:23-cr-00008-MOC

*Magistrate Judge Case Number*     :

*Search Warrant Case Number*     :

*Miscellaneous Case Number*     :

*Rule 20b*     :

**SERVICE OF PROCESS**     :     ARREST WARRAMT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*     ◯Petty     ◯Misdemeanor     ⦿Felony

18 U.S.C. 922(g)(1)

**JUVENILE:**     ◯ Yes     ⦿ No

**ASSISTANT U. S. ATTORNEY**     :     TIMOTHY SIELAFF

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED**     :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)

Case 3:26-cr-00109-MOC-DCK     Document 1-2     Filed 05/19/26     Page 1 of 1