# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:26-cr-109 |
| | ) | |
| v. | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| KYREE CATHEY-HINES | ) | |
| PID # 464576 | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Kyree Cathey-Hines, PID# 464576, B/M, DOB 11/26/1999, who is presently detained in the Mecklenburg County Jail, for his appearance before the Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above-captioned case Defendant shall be returned to the custody of Mecklenburg County Jail, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this 21st of May 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY


**/s/ Timothy Sielaff**
Assistant United States Attorney
North Carolina State Bar No. 33648
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 227-0814
Email: timothy.sielaff@usdoj.gov