AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

**RECEIVED**
**UNITED STATES MARSHAL**

**3:48 pm, May 20 2026**

**WESTERN NORTH CAROLINA**
**CHARLOTTE**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  3:26-cr-109-MOC |
| KYREE CATHEY-HINES | ) |
| _____ | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)    KYREE CATHEY-HINES                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Felon

Date:   5/19/2026 

_____
*Issuing officer's signature*

City and state:     Charlotte, North Carolina 

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on (date)   5-20-2026  , and the person was arrested on (date)  5-28-26 
at (city and state)   Charlotte, NC        .

Date:   5/28/26 

_____
*Arresting officer's signature*

R. Kunje Busch
*Printed name and title*

---